# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| JOHN T. MCMAHAN, ) | Case No. 18-14064 |
| ) | |
| Debtor ) | |
| ) | Honorable Janet S. Baer |
| ) | |
| THOMAS E. SPRINGER, solely in his capacity ) | |
| as the Chapter 7 trustee of the Debtor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 20-00165 |
| ) | |
| TRINITY GREEN, LLC; TRINITY ) | |
| GREEN, LLC – 1240 N. DAMEN, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO QUASH SUBPOENA AND DISCOVERY REQUESTS

THIS CAUSE coming on to be heard for presentment of Defendants' motion to quash subpoena and discovery requests, the Court being duly advised in the premises, it is hereby ordered that:

1. Defendants' motion is granted.

2. The subpoena and discovery requests propounded to non-party Lynn McMahan are hereby quashed.

Dated:  September 22, 2023

| | |
|---|---|
| Robert J. Shelist | **ENTERED**: |
| Law Offices of Robert J. Shelist, P.C. | Dated: _____ |
| 205 N. Michigan Avenue, Suite 810 | |
| Chicago, IL 60601 | _____ |
| (312) 226-0675 | Judge              Judge's No. |